**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

Ales Noe Chicas Maldonado,

Petitioner,

-against-

Raul Maldonado Jr., Judith Almodovar, Markwayne Mullin, and Todd Blanche,

Respondents.

-------------------------------------------------------------X

**ORDER**

26-CV-05769 (RER)

**RAMÓN E. REYES, JR., District Judge:**

This Court recently held that "the period during which section 1226(a) authorizes arrest and detention begins where the statute says it begins—upon *filing* of the NTA with the immigration court." *P.A.G.C. v. Genalo, et al.*, No. 26-CV-6545 (RER), 2026 WL 3216694, at *7 (E.D.N.Y. Oct. 27, 2026) (citing 8 U.S.C. §1226(a)) (emphasis added). The government arrested and detained Ales Noe Chicas Maldonado ("Petitioner") pursuant to section 1226(a). (ECF No. 6 at 2). The government arrested Petitioner on August 17, 2026, at 10:05 A.M. (ECF No. 6 at 18). The government filed Petitioner's NTA on August 17, 2026 at 3:14 P.M. (ECF No. 10 at 3). Since the government arrested and detained Petitioner before a decision on his removal was pending, his arrest and continued detention violates section 1226(a). The petition for a writ of habeas corpus is GRANTED. Petitioner is to be released forthwith. Respondents are directed to file a letter regarding their compliance with this order by Friday, October 30, 2026, by 5:00 P.M. Once the notice of release is received by the Court, the Clerk of Court is respectfully directed to enter final judgment and close the case.

SO ORDERED.

/s/ Ramón E. Reyes, Jr.

RAMÓN E. REYES, JR.
United States District Judge

Dated: October 30, 2026
Brooklyn, New York